[No. 34592-1-III. Division Three. March 7, 2017.]

SHAILA HAYNES, *Appellant*, v. STATE FARM INSURANCE COMPANIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 15-2-00264-6, Frances P. Chmelewski, J., entered June 21, 2016. *Affirmed in part* and *reversed in part* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[Nos. 33432-5-III; 33052-4-III. Division Three. March 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIA I. MANZO, *Appellant*.

*In the Matter of the Personal Restraint of* MARIA I. MANZO, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00956-6, Evan E. Sperline, J., entered January 12, 2004, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

[No. 34089-9-III. Division Three. March 9, 2017.]

ANDREWS MECHANICAL, INC., *Respondent*, v. AARON LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-03234-8, Kathleen M. O'Connor, J., entered January 13, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.